878

No. 175, Misc. PLUE v. CUMMINGS, WARDEN. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 179, Misc. GEACH v. RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 183, Misc. TILLMAN ET AL. v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 184, Misc. JONES v. NEW YORK. Supreme Court of New York, Appellate Division, Second Department. Certiorari denied.

No. 189, Misc. GARNER v. ILLINOIS. Criminal Court of Cook County. Certiorari denied.

No. 191, Misc. BROWN v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 192, Misc. COOPER ET AL. v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Joseph Linde* and *Nathan Kestnbaum* for petitioners. *John J. O'Brien* for respondent.

No. 196, Misc. EMMINO v. NEW YORK. Supreme Court of New York, Appellate Division, Second Department. Certiorari denied.

No. 198, Misc. COE v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 200, Misc. TRENT v. BLALOCK, SUPERINTENDENT, SOUTHWESTERN STATE HOSPITAL. Supreme Court of Appeals of Virginia. Certiorari denied.